**Entered on Docket
October 21, 2010**

_____
**Hon. Bruce A. Markell
United States Bankruptcy Judge**
_____

RICK A. YARNALL
CHAPTER 13 BANKRUPTCY TRUSTEE
Marianne Gatti, Esq.
Nevada Bar No. 7717
701 Bridger Avenue, Suite 820
Las Vegas, Nevada 89101
Telephone: (702) 853-4500
RAY13mail@LasVegas13.com

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

| In re: | BK-S-10-25426-LBR |
|---|---|
|  | Chapter 13 |
| RUTHJEAN KENNEDY, |  |
|  | Hearing Date: N/A |
|  | Hearing Time: N/A |
| Debtor. |  |

### ORDER DISMISSING CHAPTER 13
### CASE PURSUANT TO SECTION 521(i)

As the above-captioned Debtor has not complied with 11 U.S.C §521(i) in that the Debtor has not filed Schedules A through J. The Debtor has also failed to file the Statement of Financial Affairs. The 45 day period expired on September 30, 2010.

. . .

**IT IS HEREBY ORDERED** that the above-captioned bankruptcy proceeding under chapter 13 is DISMISSED for the Debtor failure to comply with 11 U.S.C. §521(i).

**IT IS FURTHER ORDERED** that Trustee shall be allowed administrative expenses in the amount of $150.00 per quarter that case is pending.

DATED this 12th day of October, 2010.

Submitted by:

_/s/ Marianne Gatti_
MARIANNE GATTI, ESQ.
Nevada Bar No. 7717
701 Bridger Ave., Suite 820
Las Vegas, NV 89101
Attorney for RICK A. YARNALL,
Chapter 13 Bankruptcy Trustee

###